No. 72–467.  KAUFMAN v. DIVERSIFIED INDUSTRIES,

INC. C. A. 2d Cir. Certiorari denied.